# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**RENE ORTIZ,**

CASE NO: **2:17–CV–00527–TLN–DB**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/7/17**

**Marianne Matherly**
Clerk of Court

ENTERED: **August 7, 2017**

by: /s/ A. Kastilahn
Deputy Clerk